```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 01550
    DAVID L TOWNSEL
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
  SSN XXX-XX-1976


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 01/18/2005 and was confirmed 02/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  29.30%.

     The case was dismissed after confirmation 09/24/2007.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
BALABAN FURNITURE           SECURED            1000.00        33.69       1000.00
BALABAN FURNITURE           UNSECURED         NOT FILED         .00           .00
E R SOLUTIONS INC           UNSECURED         NOT FILED         .00           .00
CORTRUST BANK               UNSECURED           482.63          .00        108.36
CREDIT ACCEPTANCE CORP      UNSECURED          8309.15          .00       1865.56
BLITT & GAINES              NOTICE ONLY       NOT FILED         .00           .00
EASTMAN CREDIT UNION        UNSECURED         NOT FILED         .00           .00
GOLD KEY CREDIT             UNSECURED         NOT FILED         .00           .00
TELECOM USA                 UNSECURED         NOT FILED         .00           .00
CREDIT PLUS COLLECTION S    NOTICE ONLY       NOT FILED         .00           .00
MICHAEL REESE               UNSECURED         NOT FILED         .00           .00
NICOR GAS                   UNSECURED         NOT FILED         .00           .00
PROFESSIONAL BENEFIT ADM    UNSECURED         NOT FILED         .00           .00
PROFESSIONAL BENEFIT ADM    UNSECURED         NOT FILED         .00           .00
PROFESSIONAL BENEFIT ADM    UNSECURED         NOT FILED         .00           .00
PROFESSIONAL BENEFIT ADM    UNSECURED         NOT FILED         .00           .00
AT & T BANKRUPCTY           UNSECURED           240.99          .00         52.96
ST BERNARDS HOSPITAL        UNSECURED         NOT FILED         .00           .00
MIDWEST VERIZON WIRELESS    UNSECURED          1203.15          .00        264.37
PROGRESSIVE MANAGEMENT S    NOTICE ONLY       NOT FILED         .00           .00
TIMOTHY K LIOU              DEBTOR ATTY       2,559.20                    2,559.20
TOM VAUGHN                  TRUSTEE                                         319.11
DEBTOR REFUND               REFUND                                            7.36

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  6,210.61

PRIORITY                                              .00
SECURED                                          1,000.00

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 01550 DAVID L TOWNSEL
```

```
        INTEREST                                             33.69
UNSECURED                                                 2,291.25
ADMINISTRATIVE                                            2,559.20
TRUSTEE COMPENSATION                                        319.11
DEBTOR REFUND                                                 7.36
                                    ---------------   ---------------
TOTALS                                     6,210.61          6,210.61
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 12/27/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                                    PAGE   2
            CASE NO. 05 B 01550 DAVID L TOWNSEL